*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*




# MEMORANDUM OPINION

No. 04-11-00748-CV

**IN THE INTEREST OF J.V.**, et al., Children

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2010-PA-02364
Honorable Richard Garcia, Judge Presiding

PER CURIAM

Sitting:     Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:   February 1, 2012

DISMISSED FOR WANT OF PROSECUTION

In this accelerated appeal of the termination of appellant's parental rights, no docketing statement has been filed. The clerk's record shows that attorney Kristy L. Arellano filed a motion for new trial with the trial court, and she verbally represented to this court that she is appellant's counsel in this appeal. However, Arellano has not filed a notice of appearance or a docketing statement. *See* TEX. R. APP. P. 32.1 (requiring docketing statement); 4TH TEX. APP. (SAN ANTONIO) LOC. R. 5.1, 5.2 (same).

On December 6, 2011, we ordered attorney Kristy L. Arellano to file a docketing statement with this court not later than December 16, 2011. We warned Arellano that failure to comply with this order could result in this appeal being dismissed. *See* TEX. R. APP. P. 42.3(c)

(allowing involuntary dismissal for failure to comply with a court order). After not receiving any response from Arellano, we ordered her to show cause in writing not later than January 6, 2012, why this appeal should not be dismissed for want of prosecution. We again warned Arellano that if she failed to show cause in writing within the time provided, the appeal would be dismissed. *See* TEX. R. APP. P. 42.3(b), (c); *Kahanek v. Gross*, No. 04-05-00106-CV, 2005 WL 1277745, at *1 (Tex. App.—San Antonio June 1, 2005, no pet.) (mem. op.) (dismissing an appeal for failure to comply with a court order).

To date, this court has not received a docketing statement, a notice of appearance, or any other filing from Arellano. Therefore, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(c).

PER CURIAM